USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/17/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**EXCLUSIVE TRIM, INC.,**

Petitioner,

v.

**KASTAMONU ROMANIA, S.A.,**

Respondent.

23-cv-03410 (ALC)

**JUDGMENT**

---

Petitioner Exclusive Trim, Inc., ("Petitioner") seeks to confirm an arbitration award obtained against Respondent Kastamonu Romania, S.A. ("Respondent"), and the matter having been brought before the Honorable Andrew L. Carter, Jr., and the Court, on October 12, 2023, having issued its Opinion and Order granting Petitioner's request to confirm the arbitration award [Dkt. No. 13]; it is hereby

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 12, 2023, the Petition to Confirm Arbitration Award is hereby GRANTED. Judgment is entered in favor of Petitioner and against Respondent in the amount of $610,000.00, plus attorneys' fees in the amount of $256,292.00, arbitration costs and expenses in the amount of $78,659.28, administrative fees and expenses and arbitrator's compensation and expenses in the amount of $38,550.00, with 9% interest running from April 8, 2023, costs and disbursements of this action in the amount of the case filing fee of $402 plus the pro hac vice application fee of $200, amounting in all to $1,030,422.69 as of October 16, 2023, the date of submission of this Judgment, plus a daily interest rate of $242.51 thereafter.

DATED: New York, New York

October  17  , 2023

_____

United States District Judge

**The Clerk of the Court is respectfully directed to terminate this case.**